IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02487-WYD-CBS

MARY BARONE,

    Plaintiff,

v.

UNITED AIR LINES,

    Defendant.

**ORDER**

This matter is before me on a review of the file. Due to the fact that I am a member of a professional fraternity with David Powell, I believe it would be inappropriate for me to preside over this case since we work together on fraternity business. Accordingly, I find that I should recuse myself from the case. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated: November 19, 2008

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Chief Judge