IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02487-REB-MJW

MARY BARONE,

　　Plaintiff,

v.

UNITED AIR LINES,

　　Defendant.

---

**ORDER GRANTING PARTIES' STIPULATED MOTION
TO VACATE SETTLEMENT CONFERENCE
( Docket No. 31 )**

---

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Vacate Settlement Conference. The Court, having reviewed the Motion, the file, and otherwise being fully advised, hereby:

ORDERS that the Parties' Stipulated Motion to Vacate Settlement Conference is granted and the Settlement Conference scheduled for 10:00 a.m. on August 31, 2009, is taken off-calendar. And Vacated.

DATED this 25TH day of August, 2009.

BY THE COURT:

_____
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO