In The United States District Court
For The District Of Colorado

Civil Action No. 08-cv-2487-REB-MJW

MARY BARONE,

    Plaintiff,

vs.

UNITED AIR LINES, INC.,

    Defendant.

## ORDER DENYING UNITED'S MOTION TO COMPEL DISCOVERY RESPONSES AS MOOT ( Docket No 45 )

The Court, upon review of United's Motion to Compel Discovery Responses, and any response thereto, and being fully advised in the premises, does hereby

DENY the motion as moot. After filing the Motion to Compel, Plaintiff provided supplemental discovery responses, and United has stated that Plaintiff has now complied with its discovery requests. Neither party is awarded fees or costs.

_____       December 16, 2009
U.S. Magistrate Judge                                       Date

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO